Carlos L Cullens
1416 S. Bristol ave
Tucson AZ
85713

# UNITED STATES DISTRICT COURT

for the

aRizona District of PimA

civil Division

RECEIVED
FILED          LODGED
COPY

JUL 1 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Carlos Londray Cullens
al - Huda School Tucson

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

City of Tucson
University of ARizona
CPS / DES Tucson
Tucson Medical Center
BLACK Lives MATTER

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **CV-21-273-TUC-JCH**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

4Z U.S.C. 1983 Color oF Law.
18 U.S.C. S249, 247, 245, 241
4Z U.S.C. S 3631

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                    Carlos Cullens
Street Address          1416 s. Bristal avenue
City and County         Tucson Pima
State and Zip Code      Arizona 85713
Telephone Number        (520) 393-9205
E-mail Address

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

City of Tucson

University of Arizona

Cps /Des Tucson

Tucson Medical Center

Black Lives Matter

Dr. Scott Lucas U of A

Dr. Gayle Dean Tmc

Defendants

**Defendant No. 1**

Name — Heather Lee CPS /DES

Job or Title *(if known)* — Case worker /

Street Address — 800 E wetmore Road

City and County — Tucson Pima

State and Zip Code — Arizona 85719

Telephone Number — (520) 884-4755

E-mail Address *(if known)*

**Defendant No. 2**

Name — Dylan Cox CPS /DES

Job or Title *(if known)* — Case worker

Street Address — 800 E wetmore Rd

City and County — Tucson Pima

State and Zip Code — Arizona 85719

Telephone Number — (520) 884-4755

E-mail Address *(if known)*

**Defendant No. 3**

Name — DR. Gayle Dean

Job or Title *(if known)* — Doctor TUCSON Med Center

Street Address — 5301 E Grant Road

City and County — Tucson Pima

State and Zip Code — Arizona 85712

Telephone Number — (520) 327-5461

E-mail Address *(if known)*

**Defendant No. 4**

Name — Antonia Cruz

Job or Title *(if known)* — Arizona Attorney General

Street Address — 400 w Congress South

City and County — Building Suite 315 Tucson Pima

State and Zip Code — Arizona 85701

Telephone Number — (520) 628-6530

E-mail Address *(if known)*

Defendant No. 1

    Name                           Terri Howard TUSD.

    Job or Title *(if known)*    Clothing Bank Supervisor

    Street Address           1010 E 10TH St

    City and County         Tucson  Pima

    State and Zip Code     Arizona 85719

    Telephone Number     (520) 225-6000

    E-mail Address *(if known)*  www. tusd 1 .org

Defendant No. 2

    Name                           Opal Tometi Blacklives

    Job or Title *(if known)*    Protestor

    Street Address           1401 e University Blvd

    City and County         Tucson  Pima

    State and Zip Code     Arizona 85721

    Telephone Number     (520) 621-2211

    E-mail Address *(if known)*

Defendant No. 3

    Name                           Andrea (Anna Richards)

    Job or Title *(if known)*    Pastors assistant

    Street Address           Lighthouse Church

    City and County         2568 N. Palo Verde Rd.

    State and Zip Code     Arizona Tucson 85714

    Telephone Number     (520) 327-4174

    E-mail Address *(if known)*

Defendant No. 4

    Name                           Andrea Colon Collins

    Job or Title *(if known)*    photographer

    Street Address           2568 N. Palo Verde Rd.

    City and County         Arizona Tucson

    State and Zip Code     Arizona 85716

    Telephone Number     (520) 327-4174

    E-mail Address *(if known)*

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

    The plaintiff, *(name)* _carlos Cullens_, is a citizen of the State of *(name)* _arizona_.

    b.  If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

    The defendant, *(name)* _Dr. Gayle Dean_, is a citizen of the State of *(name)* _Arizona_. Or is a citizen of *(foreign nation)* _____

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _Carlos Cullens._ , is a citizen of the State of *(name)* _Arizona_ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _Anna Richardson_ , is a citizen of the State of *(name)* _California_ . Or is a citizen of *(foreign nation)* _____ .

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _Carlos Cullens_ , is a citizen of the State of *(name)* _California_ .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

      and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   _Sonya Aquino_
   _4400 E Broadway Blvd. #100_
   _Tucson AZ 85711_

   a. If the defendant is an individual

      The defendant, *(name)* _Sonya Aquino_ , is a citizen of the State of *(name)* _Arizona_ . Or is a citizen of *(foreign nation)* _Mexico_ .

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question      [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual   *Al- Huda School -Tucson*

   The plaintiff, *(name)*   *Carlos Cullens,* , is a citizen of the State of *(name)*   *Arizona* .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*   *chaus names*

2. The Defendant(s)   *Pima County Sheriffs*   *8999 E Tangue Verde Rd*   *Tucson AZ.*

   a. If the defendant is an individual

   The defendant, *(name)*   *Kevin Schultz Simmons* , is a citizen of the State of *(name)*   *Arizona* . Or is a citizen of *(foreign nation)*   *European Union.*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

  ☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

     The plaintiff, *(name)* _Carlos Cullens_, is a citizen of the State of *(name)* _California_.

   b.    If the plaintiff is a corporation

     The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

     and has its principal place of business in the State of *(name)*

     _____.

     *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   _2907. E 22nd ST_
   _Tucson AZ 85713_
   _(520) 889-6565_

   a.    If the defendant is an individual

     The defendant, *(name)* _Carrie Jan. Co_, is a citizen of the State of *(name)* _California_. Or is a citizen of *(foreign nation)* _Hawaii_

b.   If the defendant is a corporation

The defendant, *(name)* _Scott Lucas_ , is incorporated under

the laws of the State of *(name)* _Arizona_ , and has its

principal place of business in the State of *(name)* _Arizona_

Or is incorporated under the laws of *(foreign nation)* _Syria Pakistan_

and has its principal place of business in *(name)* _University of Arizona_

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Hate Crimes etc. pages with Rule 8 Civil violations_
_facts are disclosed Citywide Hate groups._

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_$ 289 billion Dollars_
_physical injuries, mental stress punitive_
_damages, loss of loved ones' & murdered_

b.  If the defendant is a corporation

The defendant, *(name)* _Shyla Awad_ , is incorporated under
the laws of the State of *(name)* _Arizona Sharia_ , and has its
principal place of business in the State of *(name)* _Phoenix_ .
Or is incorporated under the laws of *(foreign nation)* _Sudan Jordan Yemen_
and has its principal place of business in *(name)* _Phoenix Ariz_ .

*(If more than one defendant is named in the complaint, attach an additional page providing the
same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at
stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the
facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was
involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including
the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and
write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

_Hate Crimes etc. pages with Rule 8. Civil
Violations facts disclosed_

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

_$ 289 billion Dollars_

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/9/2021

Signature of Plaintiff        *Carlos L Cullens*
Printed Name of Plaintiff     *Carlos L Cullens*

### B. For Attorneys

Date of signing: _____

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Street Address               _____
State and Zip Code           _____
Telephone Number             _____
E-mail Address               _____

*Rule 8 Complaint*

*Carlos L Cullens*
*7/7/2021*

UNITED STATES

DISTRICT COURT

FOR THE

ARIZONA DISTRICT OF

PIMA

CIVIL DIVISION

Plantiff    Carlos londray Cullens , Rule 8 Complaint

Since 1989    I have Been a Resident    in Tucson Arizona , Racism has never been an issue for me in America, Until moving here , From being released 20 Years ADC . All names mentioned as Defendants " Hate Crimes association " Daily pattern of conspiring Becuase of my life choices and religous preferance , Retaliation over being non Compliant to '' European Race war Bylaws , You must act or live as homosexual , You have to have a dog in your home, You have to be a pork consumer, Or under speculation as islamophobia, Ive filed over 10 complaints . With arizona attornet General's office ,    No action taken to resolve justice or due process , By this office. Directing me to Justice Department for resolution or resolve, I have comprised actual physical injuries, as with my daughter.

Who was taken by cps /des with no grounds to remove her . As 3 week old baby , she has aquired injuries , From being Kidnapped and displaced , For 3 months . Pictures of injuries part of exhibit , Conspiracy against Rights 18 U.S.C.241 , 2 or more conspire to injure , threaten , intimidate any person , any state , territory . I filed civil case in this matter allegations , of child abuse , and body tampering 2012 , Crimes against children , Kidnapping .On October 29 ~ November 11, 2012 . Carlos, Alisha , Asmara

We were held inside TMC hospital under will without authority, TMC security guards blocked the hospital room door we were all in , And told we cant go home , For days Trapped inside hospital , Being interrogated , By german officer walking inside room , with white gown , and spiked high heels my belief she was "Shott caller " scouting babies being born pure or pure birth , Satanic Cults .

We couldnt leave hospital this was not Tucson Police 11/11/2012 standing outside the hospital room door we were told to stay in . CPS was called the day of Birth TMC 10/29/2012 . we both were interviewed alisha , and me carlos, as to why should we be allowed to leave with asmara, she asked a series of WhiteRace questions , including can i see were you live before your allowed to leave the Hospital and go Home , I replied yes ! cps worker then drove me home , to inspect

apartment condition . Around 11/10/2012 she said okay its clean here , she can come home your daughter , Your all being released from room, Today yeah! Hooray ! we can go home , Thanks for allowing us to go home , The prison hold was taken off we were granted bail , and released from confinement .

after my daughters birth , she had know knowledge we had to fight just to bring her home , Clean birth no drugs, no alchohol in are bodies ,     DR. GAYLE DEAN TMC /GENESYS WORM OBGYN , she called authorites in hospital to detain us, Gayle Dean ( crown act ) African American Employee who delivered my daughter. she had very short cropped hair Dr. Dean TMC " 10/29/2012 my wife ethiopian silky hair texture , Me as east african , polynesian, asian , North african origons , Not black or african American , not mexican, Features or blood type or dna, " Retaliation over hair , skin color , beauty , my daughter was really born light light complexion angered Doctor Dean TMC oh shes sp pretty what are you guys mixed with ,                   " HATE CRIMES ACT"          18 U.S.C. 249,247,245,241, )    42 U.S.C. 3631 ;)   HATECRIMES "   Dr. Dean TMC ( Black lives matter member ) " HATECRIMES "

Id. at 1965 ; see also Ashcroft v. Iqbal , 129 S. Ct. 1937 , 1950 -61 ( 2028) , non    - conclusory factual basis allegations , on paper its all mystery , once these defendants are placed before the courts , this may be a cause for homeland security, FBI ,

Tucson police, Pima county Sheriff who have state actors inside these government areas. its mystery now or fixiated delllusion ,that european nationals , excellent behavior to Raid Capitol hall in Washington DC , No grandiose dellussions , i actually sat here in my chair for days in dissbelief , As to why would europe provoke war on America , these allegations will play out during witness examination dfendants mentioned , Turning this into a domino effect of factual allegations , merely possible , extremelly plausible , Defendants Testimony will reveal i am only presenting this for the courts , to adjudicate american Law ,          in Pliler vFord , 542 U.S. 225 , 231 (2004) . my goal isnt to undermind district judges decision ,

Only find justice and remedy,     THE BASIS OF THIS COMPLAINT " HATECRIMES " were tired of being treated like animals year around daily weekly in all aspects of living in Tucson , Whiterace closed    AL HUDA SCHOOL ISLAMIC SCHOOL , my daughters school 2020 sex offendors following the women and children home April - May 2020

Closing the school down al huda in less than 3 years time . TUSD stated my daughter was banned for enrollment 2018. Blenman elementary ( secretary donna 2018) Due process rights violations , The teachers went missing , The principal of the school and superintendant didnt attend Graduation only women attended staff, AL HUDA 2020 . REID v. Balter 1993. ) 14

Cal . App .4TH    Due process. 11TH AMENDMENT VIOLATIONS ,
disability discrimination , religon , age, race,    These are all
injuries trauma , daily mind injuries people from war in , IRAQ,
AFGHANISTAN , SUDAN , EGYPT , JORDAN , PALESTINE , YEMEN
MOROCCO , facing this as educators and students , LGBT DEATH
SQUADS hunting women and babies discrimation lgbt hate of
straight peoples Tucson Homosexuals jihad . 2008 ~2021    im
not gay and claimed to have come to Arizona to convert me
into homosexual ,    4TH AMENDMENT ISSUES, We are suposed
to be a Republic and free country, we have constitutional
system , we dont have secret trials as nazi,    corruption of
blood , thru homosexual sex with straight people . The Supreme
Court ruled that a Catholic Foster group could , turn away same
sex couples , I asked CPS /DES my wishes for my daughter , no
pork baby food , no dog in home we dont live with dogs to
respect my request , No homosexual couples we are not gay ,
we ask that you respect order ,    CPS/DES 2012

800 EAST WETMORE TUCSON " california race war " Heather
Lee , Dylan Cox who made capture on my daughter weeks after
TMC kidnapping , they came again with 4 tucson police officers
armed , were is the baby give us the baby , standing in our
living room Retro city apartments , we wagered for about 1
hour as to why give you are daughter why! 11/22/2012 cps /
des /tucson police > I am not a detective or on payole with
tucson police dept,    And shouldnt have to stay up without

sleeping 36 years fighting crime , Under duress , stress, fatigue, ptsd, 36 Years in Arizona stopping ground wars in Arizona Californiaq entire country , RIgged as "SATAN "By Pentagon 1966 1993 never knew my location TOP SECRET PURPOSES , the whites found out my location 1200 W 35TH STREET LOS ANGELES 1971 ~1982    NBC CULLENS STORY I SEEN THIS ON TV CB6 PRISON , they kept pressing i know what they are here for but they act anyway in blind, As if its all lies everything is lies , This case cant be determined from reading Rule 8 Complience and dropping cases of extreme importance , based on technicalities or format,    in NEITZKE , 490 U.S. @ 327 -28 . UNLIKE RULE 12.

arguable construction exists , of law and facts , frivolousness baseless allegations dont exist in this complaint ,    Calling these defendants , and witnesses i will have will open the door to a massive operation Tucson,

For babies and hunting women , sex offendors , are not protected persons , in prisons , or in society ( AMBER ALERT). clearly baseless, " fancifull, " fantastic " or dellusional , complaint, even in prison if there is a child molestor or rapist , in clean inmate populations , ITS OBLIGATIONS OF FELLOW INMATES TO WARN YARD OF SEX OFFENDORS HIDING ON PRISON YARD, AMBUSHING Tucson white nationals who live in america , trained to hunt americans , with ancent power,

universal power, clean religous men and women , There is Jurisdiction here if not whites under european Laws, And do not adhere to American Laws, indisputably meritless theory , only exist reading the rule 8 once the courts doors open , This becomes , LANDMARK , with factual contentions . " Denton v . Hernandez , 504 U.S. 25, 31 (1992). "    HATE CRIMES , and conspiring to overthrow U.S.A. via europes hate gangs and militaries occupying america . Operation stay quiet , this complaint presents these actors , insurgents , and domestic terrorism, there is diversity of citizenship in this matter, And federal Questions , that has to be acted out not read and trashed in garbage, IN Kikkonen v. Guardian LIfe INsurance . Co of America , 511 U.S. 375 (1994)    Spaniards v. america 2008 ~2022 Hal Roach Studios v. Richard Feiner & Co., 896 F . 2d 1542 , 1546 (9th Cir.2029) .     King v. Atiyeh , 814 F .2d 565 ( 9th Cir. 1987)    I have never been an abusive litigant , ptsd other mental issues yes, abusive litigant no, once this case starts if case is excepted , you will see , its been facts since 2009 , dropping cases and americans lives are @ risk of being in harms way , COVID 19 , manmade virus to deplete populations , ARIZONA VOTING POLLS , whites are outnumbered on the earth , this is not abuse , nor a fantasy , Trump lost the voyes due to not having numbers , allowing arizona to be invaded for assistance has prooven to be the ultimate mistake , By angry law enforcement officers who DO NOT HAVE MY JURISDICTION

OR CAPACITY , KING TUT , WHO WAS KING TUT , Jurisdiction , egyptian or American , Jesus Christ american , or Palestinian , Who has jurisdiction on ancient people . So who has Jurisdiction on DEVIL DOG WARCRIMES , in iraq , afghanistan , phillipines , yemen , syria, palestine, Military personell living as devil dawgs provoking harm on us here Tucson , " HATECRIMES " OVER dog complience trying to enter al huda school with dogs , Dogs are against Islam , christianity , hindu, buddhist , its the devil just as stated the devil dawg,    Who will be accountable for devil dawgs wars in Tucson , SPAIN UNIVERSAL COURTS ,

Spainard crusades with Whites and Blacks on us here Tucson, DECEMBER 28 , 2008    JULY 5 2020:   Pertinent averments, @ Womens International Protection Treaty Violation Femacide even in Mexico , this culture exist ,

And entering a religous school area Tucson . This was thee intent of devil to cause dissruption with staff teachers and children , bringing dogs to religous school , (violation ) OF are religous freedoms "Hate Crimes" or you have to eat pork here or were closing school , we want women or were closing school, we have to be allowed to bring dogs to school for children , or were closing school. AL HUDA 2020;

AFRICAN AMERICAN LGBT , Taunting staff lesbian , wanting arab women to convert too homosexuality , this was done in NY in towers holding american women for sex , while others make

threats to NY and middle east nations 911/2001 doing this same racewar routine now,    Mrs azia , MRS nahla, MRS alaa , ive yet to locate these women or family members , Since 2020 after school closed . ive lived in arizona long enough to know , With the countless women dying femacide , it happens here , And i do not want to be charged for sex crimes murders i did not do , another basis of filing suits , keep my name clean and not be the Tucson serial rapist , and whites leave arizona with blm# those involved 2008 ~2022; Donald Trump has financied alot of Black groups for war , assisting Whites if Chaos erupts, Black Churches 2019.2020.2018.    Cash exchanged , awards given , promotions given for support, of White Race , merritourious manumission , The reason why Involuntary servitude , and slavery , in UNITED STATES GOVERNMENT is dangerous component , people who dont care about there lives or the lives of other colored people , entrusted with capacity over free people , with cuffs , and badges , for whitemaster, Act with impunity , and fear , Tucson . I have evidence physical, and on paper going thru involuntary servitude , non slave , a free person , With no roots to slave culture in america. Intent and intentions has revealed factual basis , Now thee only thing that stands in the way of judgement is courtroom testimony of these people. To accept or deny allegations in court. We can never find National security if the courts bar or block me from bringing this to light , Material facts , Ive been slandered

enough in Arizona 1990 14YRS for arguing , So what is all anti american has said , this is not personal its material and factual . This is not a personal case, of some angry man , Or False Claims Act , more Rackteeering influenced and corruption within legal entities and organizations of America, Federal hate crimes with sexual orientation Sex wars , Matthew Shepard Act , Gay Pride Groups , Proud Boys , Oath keepers , genetic hate over complexion , And royal usage ,Queen of england and european Leaders Dont have , ive been watched secretly in Arizona along time the state of arizona has not been truthfull 1990 ~2021 HC 18 U.S.C. 245 # Raymond Cruz Arizona Attorney General NY homosexual faction , my belief from several conversations , HINDERING AND IMPEDING HUSTICE , 400 WEST CONGRESS STREET S315

IM NOT GAY AND THRU CONVERSATIONS WITH HIM IN HIS OFFICE WE TALKED , 2009 ~21 he has since dropped every frivolous matter presented factual or not , DISCRIMINATION , not speaking positive about evil or bad things that occur in my life . Im not critical of gays i just dont associate with there culture , my religous belief . And if a gay person who works for city of tucson fails to do legal actions with me , its my right to complain on paper, im not protesting in the streets bashing , this mental health condition homosexuality DSM ~4 dsm ~3 DSM ~6 here to scout tucson the whites , stand around watching us , 2008 ~2022;          whoever     , whether or

not acting under the color of law, by force or threat of force willfully injuries, intimidate or interfere with -        Raymond Cruz, 42 U.S. CODE 3631 . VIOLATIONS : PENALTIES ,    3602 , i have bodily injuries , my daughter has no hair in her head , shes upset at Fostercare cps/des CROWNE ACT;      The Shepard Byrd ACT, a HateCrime , motivated by victims actual percieved sexual orientation or gender identity , Damages to AL HUDA and TUCSON ISLAMIC CENTER BEING DEFACED FACING THE NORTH , damages to religous {property 1416 s bristol avenue 85716 } the charachteristics of the people attending al huda school posed a threat , for whites north foothills ISLAMAPHOBIA " Same as sheik jarra islamaphobia , And senseless violence perputrated on unarmed civilians and childrens schools . mrs Doaa was my daughters teacher , AL HUDA 2020.

War good versus evil is this Constitutional to keep this atmosphere active in tucson ,    Or Violent Interference with Federally Protected Rights 18 U.S.C. 245 ]      How do you make devil , You start by grafting , and concealing the truth , how do you make extremist , you start by grafting and instigating there lives daily , and peace, mockery , dissrespect to the persons Faith, on regular basis until he or she revolts , TASFEEN MALIK SAN BERNADINO , CARLOS AND ALISHA CPS taking my daughter for reaction , creating hate within , and extremist acts , in revenge . I knew this was skinheads , kkk, and anglo shott

callers from californias objective , use my daughter as a pawn , to gain assultive reactions with parents teasing us using infant in taxi alone with anglo drivers , We didnt know . The parents 2012 NOVEMBER , DECEMBER , JANUARY , FEB , MARCH , Me and Ethiopian mother remained sitting on couch wondering about daughter in limbo, funny sex pranks using children for sex , and babies dna deal with the DEVIL GONE BAD" ive never made any deals with devil in good or bad faith ,    This is the actions of a Comic Villians food tampering , smearing foods , selling puss to american consumers , grabbing babies running down the hall, lying about there reason for removal, Standing governments or sitting governments a clear case of not legal in capacity , with badges , guns , allowed to arrest , or remove people at there own risk ,      There is personal jurisdiction here in this matter , Names By Individual listed Not Associated To Companies or Corporations LLC. defendants in this matter may ask to breach or resign , Not to injure Company or Corporations standings , There is minimum contact and there is consistent contact within Complaint , SUBJECT MATTER JURISDICTION , residents of arizona or not they committed federal issues,    capitol crimes 18 u.s. code 241 -conspiracy against rights ;    title XXXII, 320103(a) , 320201 (a) title XXXII , 3300166(1) (L), Sept.13,1994 ,    108 stat.1970 article 111 of constitution defines this , Constitutional standing within frameworks of constitution , unless personal issues over ride

clarity to see the law for what has occured here in Arizona 1990 ~2021, Not politically accountable from influencing the law in capacity, There is Diversity Here in citizenship Immigrants al huda and Tucson Islamic ctr , california Residents in Tucson . 28 u.s.c. 1332 federal question in this matter exist, 28 u.s.c. 1331 [ 28 u.s.c. 1367 ] Supplemental Jurisdiction , exclusive Jurisdiction Exist in this matter , National Significance since 2008 no news media if i have The power To be Sen on Tv Without cameras , thats big on any Scale of Reality , And to Continue inviting Visitors From Other States Or Countries Opens Up Jurisdictions , Who to Arrest , who Not Arrest , who We can Detain , And Who We cannot Detain , State Prisoners Dont Arrest corrections Officers in jail They Have no capacity , Sex offrendors Working As Law enforcement    have No Capacity To arrest or Detain , Criminals in Government Have No Capacity To Function in Government With Crimes not incarcerated for , nothing Has been Ever Said Or Done About satanic Devil Cults , On the News the News Media Tucson , Had The jurisdiction to stop migration of all the different jurisdictions who now reside in Tucson , Concurrent Subject Matter Exist , State And Federal Issues , WARCRIMES in AMERICAN COURTS NOT GENEVA , HATECRIMES IN AMERICAN COURTS not geneva, who has jurisdiction over what has occured in Tucson 2008 ~2021 WHITES HAVE SPIED ON ME IN PRISON CELLS USING SATELITES OUTSIDE , AND WAIT ON ME

TO DIE NOW , WITHOUT CONFIRMING 55 YEARS OF FACTS VICTORIES AND LOOSINGS , ( 1332) Diversity (1332) (d) (1335) (1369)    mass accident statue .    Alienage jurisdiction No sharia law used M MINK CLERIQ MEXICO, traffic stream US LAW not zimbabwe mexican law, SADAT XXXII, 320103 (a) Conspiracy of rights of Americans , natrualized or not .

Im asking the Courts Per U.S. Constitution to consider this Matter With Precedence , And of Extreme Importance , My particular injuries as with my daughter, and Al Huda Staff we Should Be all Granted Ease, And Compensation monetary compensation For Our loss, 2020 ~ 2021 Within Statued Of Limitations , Noll v. Carlson , 809 F.2d 1446 , 1448 ( 9th Cir. 1987 ) clear complaint, I have multiple Issues , Multiple Defendants , all under the same Title

HATECRIMES ,          superintindent of al huda schools scott lucas Mormon / Islam contact Times 2009 ~2020 Tucson Islamic Center And Al Huda Schools , he disappeard before Graudation 2020,

Shyla Awad principal And FBI Liason disappeared before graduation , Whiterace sex scout on arab women at School talking about me really cruel to staff, i invited shyla awad to my home 2018 , shes in phoenix consistant contact. International Law violations ,,

Supranatrual Tribunals and Domestic law Jurisdiction ,

Citizenship Of Corporations , Dr gayle Dean member of A corporation TUCSON MEDICAL CARE , Contact Consistant 2011 ~ 2012 visitations with my wife leading up too pregacy and delivery, CITIZENSHIP OF THE REPRESENTATIVE OF A DECENDENT , INFANT, OR AN INCOMPETENT PERSON , (1332) (c)(2)   thee amount in controversy has a limit , $ 75,000 the requested amount on coversheet , human life has no price tags , MY ISSUE HERE PENDING MURDER OR ARREST FOR MY ROYALTIES AND KEYS TO HEAVEN AND THE SUN AND THE EARTH, is beyond monetary measure , cover sheet numbers , I filed $98 Billion Dollar Complaint to try to get the courts attention when my daughter was in Fostercare , we were in Agony the parents , Both Veterans With Disabilites , Waiting on a Phone Call our Daughter Who Left In mInt Condition , No signs Of Abuse Or Trauma , Was Dead . Was Our Biggiest Fear For Months , FRIVOLOUS ACTION , FANTASTIC , DELUSIONAL , KIDNAPPING CHILDREN CALLING PARENTS CRAZY , WITH NO REMEDY FROM COURTS ,     smith v. kansas city federal policy ,

REMOVAL JURISDICTION ( 1441 , 1446 ) Removing Defendants From employment , or incarcerated , or Deported Back To Home Countries For Racewars in America like other immigrants Who are gangs In America, Have Been Deported For There Activites in crime . Whites Are Not Natives Of America , And Trying To Topple America holding Capitol Building Was only A

reminder , some Things Never Change , Proud Boys , Oath Keepers , Not Generalized Statement National Fear , Im not Hiding federal Nature of Claim . (artfull pleading ) 81000 u.s.c. 1333 ,1338 . 28 u.s.c. Bringing african Americans Into Tucson For War Against Colored people Who Dont honor The Whiteman , BLACKLIVES MATTER " HAVE SAID MANY CRUEL THINGS TO ME AND MY FAMILY HERE , SMOKING GUN THEORY , WHAT IZ YA , NIPSEY HUSSLE ARK OF COVENANT CASH OUT, "AMERICAN ARK OF COVENANT " 81000; AND HAVE ACTED ON THREATS KILLING MY MOTHER IN L.A. AFRICAN AMERICAN W, KILLING MY SISTER IN HOSPITAL AFRICAN AMERICAN WOMEN 2010 , this has been ongoing war, for wealth and power they cant use nor europe to stop being monitered living in America or abroad SURVEILLANCE IN HOME AND OUT BIG BROTHER"FOR THE FUTURE OF AMERICA AND HUMAN LIFE WORLDWIDE, cases like this create laws, on monitering people in home surveillance , and peeping Tom ACTORS AROUND TECHNOLOGY OF IMPORTANCE ,

Procedure for Removal Of Civil Actions ( 1446 ). Requesting injunctive relief , permits of recovery , angel rivera ACT florence arizona 1990: white priveledged set up this city to bring military equipment into american streets , Instigating America And the world from tucson assisting actors from gangs in califorNia paying them we dont care who you mess with keep disturbances going , to create riots or dissorder , to then say

were stabilizing u.s. military a set up " 2008 ~2022 wont occur,

ANNA ROGERS LIGHTHOUSE CHURCH /L.A. OG #blm

MRS CHANEY LIGHTHOUSE CHURCH /PASADENA CA .OG #blm

ART ROGERS LIGHTHOUSE CHURCH /L.A. ADC PRISON GUARD.
blacklives matter members ,

FELICIA MELTON LIGHTHOUSE CHURCH / PASADENA    #blm

CHAROLETTE CHANEY LIGHTHOUSE CHURCH /PASADENA SHE
TRAVELED ASIA LYING SAYING SHE WAS MY MOTHER WHO IS
DECEASED , AND THEN SAYING I WAS CARLOS WHO HAD SEX
CHANGE , POTIENTAL WITNESS DEFENDANTS , CONSISTANT
CONTACT 2009 ~2021 , HATECRIMES " genetic agitation
bloodtype indifference, WEST AFRICAN PERSON CLAIMING
BIRTH RITES , IM NOT WEST AFRICAN MALE ,    I OPPOSE THIS
AS DISCRIMINATORY AFFILIATION , I DONT HATE NOBODY ON
EARTH , SLANDER , AND FRAUD , ARE NOT DISCRIMINATORY
CLAIMS , THIS HAS BEEN A WAR " IM COMPOTENT SEEING THIS
GOING THROUGH THIS WEEKLY YEARLY , IM SMART ENOUGH
TO KNOW WHATS OCCURING OR BREWING , REASON FOR
COMPLAINT REMEDY,

This complaint Explains , Constitutional Violations encountered
. I was injured when I arrived in 2008 Tucson.

                    Amendment 1    Privacy of Beliefs.

Amendment   3 Privacy of Homes.

Amendment    4 Privacy of Persons.

(This page is a densely handwritten ledger of fictional/semi-legible economic statistics arranged in columns. Much of it is illegible.)



Partial readings of left-column entries:

- BELGIUM GDP growth 0.8% T-bone Yield Thurs. 2.75% OATH NOC
- BELGIUM GDP $455 bn (PPP: $336 bn) frustration BOMB SACG
- BELGIUM 10.6 m OSHA Real Estate loans FCC 1/13-8:33 A PEG
- BELGIUM GDP 42,840 (PPP: $36,300) Nm mix RATES
- BLACKS, REPUBLIC GDP growth 100% dependents UNIVERSE
- GDP: $1.7 b4 bn (PPP:$.9 bn) Mar. 27, 1:20-28:1 OATH
- Inflation: P51 3.7% fake Estate loans Tax ATMOSPHERE
- Population: 172. 645 bn 14 yi.o m tele graph 1:51:33
- GDP per head: $64.645 (PPP 3 y.2,480) Subprime Court 3/1-30
- Croatia GDP Demographics 4.5 Grating & tips ATO.T
- CZECH REPUBLIC GDP $914 bn Demographics BLVD div 55
- DENMARK GDP 5.5m Demographics ATC.T rates 3/1-13
- ESTONIA GDP: 813. 810 Demographics 3/4-2:4 Oscillations
- FINLAND GDP: 242 bn Demographics 3/7-7:3 Oscillations
- FRANCE GDP: 62.9m Demographics 3/11-19:2 ATMOSPHERE
- GERMANY GDP: 83.0m Demographics 3/14-2:4 Oscillation
- 1ST RESPONSE Geauf Blacks 83.0m Locks and Whats 4 outh
- GREECE GDP Growth 0.5% Jobless 9 $455, 526.000 OAT
- GREECE GDP: $.372 bn Rolanda Cartee 1/7sec W ATMOSPHERE
- GREECE GDP Ph: $33. 860 BPS $56. km 5-11"7sec W ATMOSPHERE
- HUNGARY GDP Ph: $12. 850 M37 4m 1-3"7sec E ATMOSPHERE
- Cullens GDP growth -2.5% Surety bonds 13/55 ATMOSPHERE
- Cullens GDP: $218 bn (PPP: $174 bn) 94/54 OAT ATMOSPHERE
- Cullens Inflation: 0.4% M56 Stan Trek, UCLA 7/61 ATMOSPHERE
- Cullens Population: 4.2m 12/25/19. times 87/63 ATMOSPHERE
- Cullens GDP per head: $5A, 390 (PPP8.9 y.1,780) Yucca Valley 192/73 OAF
- ITALY GDP 3.139 bn M30x: 16/23 7/8. Riverside 93/64 ATOMS
- Cullens GDP 0.4% M30x: 17/24 7/20. m56 Long Beach 91/62 Atom
- Cullens Population: 59. 1m Ledd iCard Chino 72/60 ATOMS
- Cullens GDP per head: $36, 320 Star Track, San Bernardino Atoms
- LATVIA 5i GDP LYnwood & 26 bn OXnard 73/57 Atom ATMOSPHERE
- LITHUANIA GDP Demographics 3.3m Torrance 72/60 Atoms
- Netherlands GDP growth 0.4% Booty 91/62 ATOMS APPLE
- NORWAY GDP Demographics 4.9m Santa Clarita 94/63 Atoms
- Poland GDP Inflation 2.8% Diretion Miled Atmosphere
- PORTUGAL GDP: $224 bn INvoices 2-3"7 sec Atmosphere
- Romania GDP: Demon Graphics 2.1m WNWB 1/16 Atmosphere
- Russia GDP: $41.0m Demon Graphics SW10 1/10 Atmosphere
- SLOVAKIA GDP: $89 bn Garnishments WSW3 1/17 Atmosphere
- SLOVENIA GDP: $51 bn bank levies WNW 1/4 Atmosphere
- SPAIN GDP growth -0.8% Garnishments WSW2 Atmosphere
- Sweden GDP: Demon Graphics 9.3m WSW 1/4 Oscillations
- Daytime GDP: 0.7% tax levies WNW8 2 Oscillations
- Daytime GDP: $473 bn Present Seizure WSW7 ATOMS
- Daytime Inflation 0.4% Payroll tax W14 Atmosphere
- Daytime Population: 7.8m interest charge XXL/XXXtIom
- Daytime GDP per head: $60, 690 NNW2 Flat Atmosphere
- TURKEY GDP growth: 3.0% tax liens Calm Atoms 1/16
- UKRAINE GDP: Pop 45.5m debts NNW8 1/12 Atmosphere
- United Daario GDP: 0.6% debt tax off SAGE Atoms 2018
- United Daario Pop: 62.2m Stan Trek Co.'3 7sec Atoms 2018
- Daytime GDP: 1.7% not America La "3 9sec Non Mix Atoms
- China GDP 2.1% Garnishments 5"12 7 sec No mix Atom
- China GDP: $1,339.2m matrix satellite call 4/20-12
- Hong Kong GDP: $218 bn Delta bonds 9/16-15
- INDIA GDP Shrink: 6.3% numbers called 9/29-12
- JAPAN GDP Shrink: 1.3% Delta Pod batv atoms 2011
- MALAYSIA GDP: Pop: 28.9m LANGEORGES 10/14-33
- PHILIPPINES GDP: Pop: 99. 9m EDwart American Tobacco
- PAKISTAN Daytime GDP: $170 bn Mar. 14, 3/14-2:34
- SINGAPORE GDP: Pop 5. 0m Surety Bonds Atmosphere
- South KOREA GDP: $882 bn EYE Pods Ponzi 2 Atoms
- MEXiLe Daytime GDP: $887 bn Ponzee 2/2-30/4 Atoms
- United States GDP: 2.4% Poverty Rising Sun 12/23-8:4 E
- BRAZIL GDP: $1.869 bn 1 bn Direct EV FCC 10/18-13:32
- EGYPT Daytime GDP: $4. 8m Tel Michigan Bell Telephone
- ISRAEL Daytime GDP: $199 bn Reverse 4/5 Prac FHcc 7/5
- BOOTY & ASK GDP: 2.9% Wilshire 5,000 Reverse Islanders
- ZIMBABWE RAVSduschweinhund time GDP 0.0% UT

(Right column — partial readings of times, numbers and notes; largely illegible ledger entries ending in codes such as NOC, CG, PEG, Q, RTN, AUAL, SWY, SHLD, SWX, TGT, TXN, TWX, UNS, TWA, FTB, ORD, FBI, FOX, NBC, KGUN9, KOLD, BET, ADOC, TRU, UNS, UNJ, LPS, W NYT, WAG, KJLH, KALE, LPB, FTB, WFC, Yumt, Lama, T, AAC, AZL, BEAV, MALL, BAC, BRK/B, METRO, LOW, SATAN, GODS, DEVILS, MBL, CHRIST, JEHOVAH, BET, CAS, CNN, BTU, Parade, CSPAN, JAZEERA, WFC, Exodus, JOB, IBM, Microsoft, BOEING, LAX, ADOC, XOM, KXLI, KABC)

Bottom handwritten note:

(L.C. universal time keeping please show nobody but Cambodian
(study & write atmosphere & universe your a Queen LC"
(I'm showing you this its power stocks, bonds jobs etc
(this is old scroll or script about 8 yrs old & him ...

Similarly, courts found that the impossibility defense was unavailable to a party seeking to excuse nonperformance because of the 2008 economic crisis: "The economic downturn of 2008 was not an 'act of God.'" Courts remain consistent on the principle that mere *economic* misfortune is usually not within the scope of an act of God.

*A natural phenomenon can be an act of God*

On the other hand, it is generally not a stretch for a court to designate a natural phenomenon – such as an extreme weather event – as an act of God. Multiple courts found Hurricane Katrina to be an act of God. And even less extreme weather events, like abnormally cold weather, can meet the definition if they are unusual and unexpected.

*The unknown and unexpected*

But between the fairly bright lines of *no* act of God for economic downturns and *yes* act of God for adverse weather events lies a vast gray area of ambiguity for events that may fall somewhere in between. A few examples:

- A sudden power failure at a wedding on a hot summer night?
  - An act of God
- An unexplained sinking of a ship?
  - Not an act of God
- A rat infestation of a grocery store?
  - Maybe an act of God, depending on the degree of human preventability

The body of act of God case law can be as confounding and unpredictable as acts of God themselves.

**Where Does COVID-19 Fall?**

There is a dearth of case law interpreting act of God language in the context of pandemics or viral outbreaks. Doubtless, parties whose contractual performance will have been hindered by the coronavirus pandemic will invoke act of God as a contractual or common-law defense, reasoning that an unknown and unexpected natural phenomenon occurred such that their nonperformance of a contractual obligation should be excused. Meanwhile, parties seeking to enforce contracts or impose liability may seize on the economic fallout of the outbreak and argue that the actual hindering force was not the coronavirus, but its economic effects.

One clue for guidance in the contract setting may be the *other events* listed as force majeure: many courts interpreting force majeure provisions will look to the *specific* examples of force majeure events to cabin the interpretation of the *broader* terms, such as act of God.



United States District Court

for

the

Arizona District of Pima County

Civil

Division

Jurisdiction

U.S. Government Defendants ,

  Jurisdiction ADA Jurisdiction Title 2 42 U. S. C. 12131 /1

Federal Question Defendants ,

Jurisdiction Parties not arizona Natives enclosed as defenandants , several have relocated outside of Pima County , Listed as Defendants And Witnesses To civil Complaints. Domiciliary Israel vPalestine Sheik Jarra , Those enclosed in this civil complaint primary non Arizona natives and residents And some possibly Have fled or Relocated . For safety precautions or trying to avoid the First civil Complaint . Far Right Extremist groups operating headquaqrters

Training Grounds racist And Anti Semetic gangs And Groups Far right Groups. Whats so lethal they operate in places of trust , Tucson Center, Tucson CPS/DES , Juvenille Courts , Arizona Attorney generals office ,   Pro White idealologies Narcissism , Over filing Complaints At lower levels of Justice System , Police Stations , HomeLand Security raids Northern Tucson

Marana    ORO Valley looking For Women and Children 2020 june 2020 july 2020 august 2020

Homeland Security came to my Home 2010 asking about women and Children missing 2010.

Its really Difficult to tell the cops from The robbers , badges , guns , capacity , This is whats really Dangerous here , White race nationals and pro White Supremacy , With guns and badges coming inside our Structures armed Demanding babies , or Demanding Women , In this case my daughter Was kidnapped with Tucson Police inside living room armed, 2012

this was 2 Years after homeland Security paid Visit in 2010 , Who can We Trust Here in Tucson

In Ashcroft v    Iqbal , 129 S. Ct. 1937 , 1950 -61 ( 2009 ) injuries were completed , I have records and have maintaned innocence from the time i began living or Resding in tucson . With secret proxy wars Within law Enforcement , and other Areas of City and state Government Actors,

1966 Miranda v Arizona Rights to Remain Silent , 2008 ~2021 He a phenomenon Act of God, Secret phenomenon man 1990 ~2009 Rights of privacy constitutional Right , to be able to walk to showers nude inside Home , constitutional right to Watch whatever you Want on television in Your Home , Constitutional Right To Be Able to Move Around Your Home Or Office free from being Watched Secretly by Cameras not my Own , 14 th amendment liberty and privacy regards to procreation , ejaculation , masturbation , making babies, child rearing , marriage , medical treatment , yoga, naked inside houses , medical termination , sleeping being watched as we sleep , Liberty Clause should Apply in this Case . Educating Children who View My Program The dangers of these Groups, sex offendors , and Tucson has Been A softhold or training Area for Evil , Cults, Meyer v Nebraska 1923 said that a state law that did not allow the teaching of German or other foreign languages to students, before The 9th Grade was unconstitutional , Closing down Al Huda school Tucson was unConstitutional .

There are no other Arabic speaking Schools here in tucson , Rights to our privacy were violated As muslims in tucson , not Having A place of Worship or A School , for higher learning Education in arabic , there are Know other Schools of Learning arabic , " STANLEY v GEORGIA "

there was nothing pornographic about the religous school , " CRUZAN v MISSOURI DEPARTMENT OF HEALTH, Devil Dawgs a group of men who pick on Women in arizona Pick And Tease And Mock Women @ Jobs And Home , Reason Behind Closure of Tucson al Huda School , River Road 2800 e River road , they Watched us Thee entire 2 1/ 2 years me and my daughter and her mother we were all being watched . Interacting with Arab women and Men as if we Were all terrorist (CAPACITY WORD ABUSED 2004) We Dont Want Terrorist in Northern Foothills or marana or oro valley , Tucson Is Changing for The Better We Are Not Terrorist for having Defense , And willing To Protect Are Women and Children Dosent Mean Your Terrorist,

UNDER the AMERICANS with DISABILITIES ACT: DJ # 204 -8-205

Parents students teachers AL HUDA school from war they all had some form of trauma prior,

This was a closed Community We all Have similiar horrific Experiences from lIfe to bond there. The Gang Banger excuse isnt a good alibi , im not in gang in Tucson , Calif, Texas, new York, florida , Georgia , there are no gangs in tucson im not a member. We all were physicall injured mentally injured when school was closed, ADA JURISDICTION applies to the city TITLE 2 42 U.S.C. 12131 /1 Attorney General Raymond Cruz was Authorized under ADA to follow protocal and enforce the title 29 U.S.C. 794 and 28 CFR 42.530 and 42 .108 -110

To provide Direct access text or Telephone 28 CFR 35 163 (a)

28 CFR 35 163 (b)

28 CFR 162

28 CFR 35. 160

To notify applicants , participants , claimants, beneficiaries, and other interested persons of their rights and the cities obligation to mental health and ADA Title II 28 CFR 35.106   Section 504 Rehabilitation Al Huda Was are Therapy REHABILITATION ACT OF 1973 , this was a nice quiet school for all of us , my daughter was captured in WAR, here Tucson she was wounded there as a child just like most who came from war , Middle East , North africa,

28 CFR 35 . 151   28 CFR pt 36   App.A   outsiders began harrassing us there at school 2020 January
.

BLACKLIVES MATTER HATECRIMES only instigating my injuries 36 years in arizona for civil rights Issues and war, Added insult To injries my wife sustained in Military . Service Connected 50% with Disability , I have Disability , my daughter was Injuried in fostercare .

There here Picking causing Injuries to Non Homosexual people . trying to recruit me and my Wife We Wont Join , my there cause and there angry at us, Harrassing my Wife in Stores lesbian Black Women Tucson , From Black lives matter movement. We Wont Join There Cause

PATRICE

CULLORS ~ Lesbian

OPAL TOMETI

has roots in Tucson    2008 ~2021 U OF A

ALICIA GARZA ~

Lesbian

JANAYA

KHAN ~ Lesbian

DERAY MC

KESSON ~ GAY

We do not except gay oscillations in our religon CHRISTIAN , MUSLIM , HINDU, BUDDHIST, SIKH, Corruption of Blood , Arizona Attorney generals office Should Have Warned Visitors of Arizona the dangers of Living here if there was a war , no prophecy is being taken or destroyed as a result of operation stay quiet , act lame as possible , non certified line users are arriving Here my reason For Complaining All over tucson , Its risky and Dangerous here Trying To Communicate Without Telephones or Cellullar Dives not Registered , With Religons Etc, Arizona has always had a problems with atmospheric Voices , i made Sense of The mental health system phenomenon of Voices atmosphere , Globally 3000 years of studies concluded , Ive worked on this since 1966 this was Concluded 2008 . People Are physically Here trying to use there minds to change the past, COGNITIVE ISSUE, Using there minds Fighting cars, Buildings, planets , trucks, Boulders, mountains , using there minds thinking there

actually harming people with there minds , and Some get a thrill thinking there harming Somebody with There minds , U>S>/ GERMANY COMPLIENCE and CROSS BORDER INVESTIGATIONS; EPIC v. APPLE ANTI TRUST , EAST COAST PIPELINE SHUTDOWN , Navajo Nation , Olmec , Sioux , lakota , Hopi, tonga, samoa, India, bangladesh, pakistan, New vendors gem show And price Gouging, Europes Corruption practicing , Construction Law Violations ,

Citywide discrimination we have encountered , numnerous car repairs still cars do not work properly all have check engine lights , $ 10,000 in repairs in last 6 years .

TUCSON SOCIAL SECURITY ADMINISTRATION HARRASSMENT AND DEVIL DOG CONSPIRACY,

Monthly award letters monthly case review im SMI 4 ADA with disability over 100,000 work hours to my credit and not eligble for SSDI, or unemployment , Per ERIK GUSTAVO DIAZ SSA#

Tucson Im not Elgible i was told i had to move out my wifes house . To keep check by SSA# i moved they Cut my Check for two months May 2021 $ 30 April 70 $ once i told them i Moved i Was Cut off , i knew they Were Plotting to make case of Fraud , charging Me Over payments .

$ 1,590.45 on bill and $ 3,642.22 on another Bill From Social Security , Saying Becuase Of Stimulus Check I cashed i committed Fraud , cashing stimulus economic stimulus checks,

I was Charged for Cashing Checks as Being paid Double And Triple overtime amount. This isnt Constitutional to be awarded Something legal , And be Fined For Cashing Legal Money, Im my Wifes Dr. or In Home Care person , its Days Shes Bed Ridden i have to Be here , there is A child Here and she has to Have 3 Meals per Day, and attend School .Its days i have to Drive my Daughter To Al Huda al Month Long , When my exwife is depressed or bedridden sick, I have Occupational Injuries and mental injuries Also, im not Working Now Due To Occupational Injuries Sustained working for Tucson Schools as interscholastics referee middle School Basketball LeagueTucson 2016.

SOCIAL SECURITY ADMINISTRATION - Criminal Interference with Right to fair Housing and privacy 42 U.S.C. 3631 Being Disabled and Forced to move to Keep Social Security Checks.

Violent Interference with Federally protected Rights 18 U.S.C. 245 ,

Public Education employment , travel ,

Conspiracy against Rights 18 U.S.C. 241 California Race War Tucson California natives inside Tucson City of Tucson marana , Oro valley, South Tucson , whites From California Run These Operations From Corporate Sectors Tucson , there objectives has Been To Decease me For $

And Universal Power Make More Films of jesus Christ , King Tut, moses , Prophet Muhammad saw, make more propaganda Films To Incite War, if i cant see These Films Now To Say Yes i Did That No I didnt Do That this Is Illegal , 28 U.S.C. 1331 federal element appears on face of Complaint " CITYWIDE HATE" CIVIL INJURIES From Secret Race War Tucson , Hate Groups Teaming Up Against Religous people , working class, Single Women , Single men , being paid And Awarded Large Amounts of Money For Deeds

, DR GAYLE DEAN TMC was Promoted to Running Hospital After merritorious Manumission , calling Hospital Security Guards To Detain Us inside Room pending Cps Arrival day Of my Daughters Birth 10/29/2012    member of BLACK LIVES MATTER and CROWN ACT;

# Rule 8 complaint:

(A) CLAIM FOR RELIEF.

The current case I'm bringing forward for court's decision Capron, jurisdictional Arizona.

Statues of limitations on Biblical crimes, Jurisdictional Bible Written in Middle East, North Africa but the civil issues side of this matter resides in Arizona, I'm Alleging for District courts are within jurisdiction, Concurrent jurisdictions , California Arizona, Ohio , Texas, new York , Sheik Jarra , Italy , Turkey, Lebanon , Cyprus , Algeria, Tunisia , Romania , Afghanistan , Iraq, Kurdish   Germany , Mauritania Spain , Mexico, Saudi Arabia , Syria, Egypt, Jordan ,Yemen, Palestine , Bangladesh, India , Pakistan , Morocco , China , Japan  , North Korea, France , England , Nigeria , Somalia, Ethiopia , Eritrea , Kenya ,   1332 (d) -   Class Action Fairness Act,  1369 – Mass Accident Statues, Palestine.

Samoa, Tonga, Navajo, Apache, Hopi, Mohawk, Seminole, Tohono Odom, All Native tribes,

We Are all American Citizens being Abused or Discriminated Against , By hate groups, With Exception of Those who Are Muslim outside of America , Islamophobia, Fear of Muslims"

Alienage jurisdiction With Courts Permission to call witnesses from out of State. And witnesses with borders of Arizona,      CA +UK v.NV,      CA + UK v.  France   .  AVER JUDGEMENT"

(B) Since 1966 Non Americans Within Government has Warred on my mind, And America as agents or actors of the state,   " White race Sex Wars In America,  1990 ~2020;  I have Attained Several Injuries since being in war Here in Arizona , Physical, emotional , Mental , Psychological , Half Of my family was Been murdered By these hate groups Warring in America under proxy,

(C) And law Enforcement Coverage of White nationals , my daughter Asmara Was Assaulted , And butchered By CPS / DES/  all of Her has Now been removed in patches , She left Are Home In Mint Condition 11/20/2012 .

(D) Al ~Huda School Closed by same Groups White race. North Tucson.

(E) Compromised all punitive damages, Compensatory Damages. Were injured due To jurisdiction.

(F) Hindering And impeding Justice,  A.R.S.  13 – 2402, A.R.S.  38.05 ,

(G) White Race  Nationals Bombing Tucson Islamic Center , or Trashing Religious institution,

(H) With Threats of Closure Tucson Islamic Center, by European Nationals, And West Africans.

(I) During Conflict Beit Jala Hospital Bethlehem ,   Call center for Assistance  Through Praying which I can Hear And Respond To Voices legally , Legit , Universal Power,  Being Abused Here , By African Americans who Are not of my Origins , Creed , Race , Or Religion ,

(J) ACT OF GOD JURISDICTION "IS God Not Immune From Civil Suits.

(K) ACT OF GOD , shall be responsible for any loss or damage , or delay or failure in performing hereunder arising from : act of Allah , Act of War , Act of public  enemies , pirates or Thieves , Arresting princess , Arrest Rulers , Dictators , or people, or seizure under legal Process , pawnshops Share No limited Liabilities in lost or Damaged property, Under Act Of God Clause , Corona Virus was Not act Of God , ( Danny Smith 03 ) SSgt Corona Lewis prison Standoff  Adc.

· Kyrollos Ra – Horakhti ·

7/7/21.  · Carlos L Cullens·

(L) Quiet Title Palestine , Israel , United States of America Domiciliary Quiet Illegal Titles, Spain1555 Crusades on America 2021; Slaves Running American Government not Constitutional , This Violates The Constitution , Allowing prisoners to run The States .

(M) Talking or Whispering Lewd Comments and Death Threats, to our Families Weekly Arizona.

(N) IN QURAN ITS CALLED ANCIENT WHISPERING , THE BIBLES THE DEVIL, crusading on Arizona ,

(O) Reid v.Balter (1993) 14 Cal.App. 4th 1186, 1194,     Pennoyer v. Neff, 95 U.S. 714, [24 L .Ed. 565] (1878) (P.C.681.)    4 Witkin &Epstein , Cal .(3d ed . 2000)

(P) Citing Jurisdiction California Sex gangs pedophilia Groups , California  Jurisdiction Under Warrant,  Involved in K9 Wars or Dog Wars Jihad Arizona , LGBT  Jihad Arizona

(Q) Cyber Stalking Reading Comments and Follow the Comments around Country in Tour buses.

(R)   1, p.86 citing, inter alia, Burns   v. municipal  Court supra 195  Cal . App. 2d 595, 599. Trespassers of laws Supreme Court, in Scheur v. Rhodes, 416 U.S. 232. 94SS.Ct.1683 , 1687 (1974)  U.S. v. Will , 449 U.S. 200 , 216, 101 S.ct 471.66   Cohens  V. Virginia , 19 U.S. Estates v

(S)  Illinois, 209 F. Supp . 757 ((( N.d.111. 1962)    Asian Hate Crimes ,

(T)  I was Employed With TUSD I'm on SSI Social Security , pending surgery I'm Scared to Have Surgery

(U)  In fear The KKK, Will kill me Sleep and urinate on me dead, I can't Work I have Hernia ,

(V)  Most of my family members Who Dies in These Wars Died under malice and Malpractice ,

(W) I have multiple occupational Injuries now , loss of consciousness , over 6 years of Non consistency in Work force ,  Respiratory Condition , overexertion traumatic , Repetitive motion problems , vision Issues over 4 major Surgeries in California 1970s and 1980s . musculoskeletal disorders ,

(X)  Based on suppression or Failure to Disclose Facts 1200 w 35 th street LA CA 90007 NBC - Universal Royalties $ 87,433,475,676,275,677,472,067,727,795,672,766,526,566,465,265,297.000. USD

(Y)  I'm Seeking Relief for All injuries For me my Daughter , al Huda Schools Intl ,

(Z)  I'm not Terrorist, I'm not homosexual , I'm not in black Gang , in California Or Arizona , nowhere

(AA)        I Am not Black , or African American , my Name is Carlos , Or King Tut , Or Jesus Christ , etc.,

(BB)        42 U.S.  Code 3631. Section 3602, Averments, (Pub. L. 90 -284, title IX, 901, Apr. 11, 1968, 82 Stat. 89; Sept.13, 1988, 102 Stat. 1635; Pub. L. 104 -294 title XXXII , 320103€

(CC)        Warring With Me Over My Blood Type , And national Origin, west African American Featured,   HATE CRIMES BLACKLIVES MATTER , James Byrd Act      of 20009 18 U.S.C. 249 ,

(DD)        Ethiopian Or Eritrean Or Arab Or Polynesian or Native , Negros Worry About my blood Type not West African Blood Type, using Atmospheric Communication Bloodlines differ ,

(EE)   U.S.C. 3631  Social Security Office Tucson , Asking me over cellular phone You Have to Move out of Your House or Ill cut You Off" Social Security   05/07/2021 The Attorney General Has Failed Me on All Accords , using format, Technicalities, referring Me To Justice Dept. We Don't Handle The cases you Write Quote,    Raymond Cruz attorney General's office NY LGBT

(FF) 18 U.S.C. 247 Tucson Islamic Center Trashed, Al `Huda Closed 2020. Forcefully Closing School ,

(GG)        Violent interference with Federally Protected peoples and there Rights , 18 U.S.C. 245

(HH)        Conspiring Against Muslims , And Asian Immigrants , And Other Immigrants by black Lives Matter LGBT Soldiers , including My Daughter Attacked By Doctor Gayle Dean TMC Black

Lives Matter Affiliations , I'm not gay So I'm On Hit list, to Direct hate on my family's home Tucson , they Fear if I move someone may Attack Them or Remove my Daughter for Sex or DNA

(II) 4th AMENDMENT Violation We have been Under War Since 2012 My Family Here , Pressured by Social Security Administration To Relocate or Else,

(JJ) My Ex Wife is Service Connected 60% Disable And Its days Her Mobility Isn't Well, I have 8yr old my responsibility to be There, if her Mother Becomes Bedridden During School year 2022.

(KK) Were both Disabled Vets, She Fought there I fought here for America 1966 ~ 2021.

(LL) 9th amendment violation peeping in women's apt , housing, dorms using satellites and the SUN my Power 81000 I founded this code in prison 81278 rounded off using Atmosphere #

(MM) 3rd amendment violation privacy in homes , every country , home against demands from soldiers Palestine or America quartering known and unknown offenders inside structures as Military , the Range of Protection Should have Covered me Better And My Daughter From Being abused in Foster Care , To make me Appear As Fraud , he's Not This , He's not that, he is liar The Anti-Christ , Capitol riots Anti American Campaigns , If two or more persons conspire to injure , oppress , threaten , or intimidate any person in any state , territory , commonwealth , possession , or district in Free exercise or enjoyment of any right , or privileged secured to him by the Constitution or Laws of The United States , or because of his having so exercised the same:

(NN) 42 U.S. Code 3631 3602, (b) (1) (2) (c) any person because of his Race , color , Religion , sex, Handicap ( as such term defined ,

(OO) 18 U.S. Code 241 Conspiracy Against rights, WHITE PRIVELEDGES MEAN COMMITTING CRIMES FOR FREE, NOR PROTECTED ACTIVITY IS THIS NOT" title XXXII, 320103 (a), 320201 (a) 320201 Oscillations AO 85000E Denial of Medical Treatment UPH Hospital 2020.

(PP) In 1969 , the court ruled on Stanley v Georgia watching Pornography , Men And women or engaging in sex with Partner , or Spouse , or in Shower , or Protected in documents , From Spies , From Treason , manufacturing Facts Using Lies ! I am not Manufacturing pornography women Nor Children , I have Cases proved Now 1971 ~209E 1990 Cruzan v Missouri department of health , another Case Lawrence v Texas in 2003 were Sodomy Law in Texas prohibited homosexual Sodomy , in Arizona I did Not Engage in Homosexual Sodomy , 1966 ~2020 .

(QQ) Department of Corrections Liable for Showing Homosexual Sodomy about me ,

(RR) * Contractual Force majeure , Common wealth laws, impracticability under uniformed commercial code ,

(SS) Pass Defenses Used Civil Cases , dellussional, fixed false beliefs , Grandiose Delusions he thinks he's god , he thinks A king , He Thinks he's Smart , he thinks he's outsmarting America , By Stalking Calling 1 Million Whites to Arizona , for Food Wars sex With Hot Apple Pies , persecutory Delusions made by whom , The murugappans Tamil Australia , U.C.C.2-615

(TT) Women's International Protection Treaty 2044A

(UU) Deprivation of property without Affording notice and opportunity

UNITED STATES DISTRICT

COURT

for the

Arizona District of Pima

Civil Division

Carlos londray Cullens , Al Huda School    Tucson

Sheik Jarra Palestine     , Asmara Cullens , Tucson

Egyptian Orthodox Church Tucson , 81000 Tucson

Plantiff ( s )

Jury Trail :

- v -

Terri Howard TUSD, Antasio Holley TUSD
HATE CRIMES ACT

Scott lucas , Tucson Mormon Church Tucson
2009 18 U.S.C. 249, 3631, 247,

Black Lives Matter Proxy Division Tucson
18 U.S.C. 245 , 18 U.S.C. 241

Shyla Awad Al Huda School Tucson
Crown Act H.R. 5309

Heather Lee , Dylan Cox , Cps / Des Tucson          18
U.S. Code 241 Conspiracy

Patrice Cullors BLM Tucson Founder
42 U.S.C.     s 3631

Opal Tometi University of Arizona BLM,
Civil Issues Retaliation , Race :

Alicia Garza BLM California

Color , Religon , ethnicity:

Janaya Khan BLM Canada
Sex Gender, Age, Information:

De Ray Mc kesson Queer Nation BLM
Familial Status , Top Secret Tv:

Raymond    Cruz    Attorney General Tucson
Crimes Against Children Act :

University of Arizona Tucson
Invasion of privacy Act:

Homeland Security Tucson north Sectors
Sun Television Via Sat :

Retaliation Title VII Civil :

Non GVT app Surveillance:

LGBT Hate Groups Act:

Secret Spying on America :

War Crimes Satanic Cults:

Devil Dawg Warcrimes Act:

Cyber stalking , Bullying :

Fraud , Breach of Contract :

Holding City of Tucson :

Kidnapping Women Act :

42 U.S. Code 3602 :

$ 77,753,282,973,757,572,784,794,767,794,67

Complaint For A Civil Case

I. The parties to this complaint

A.         The plaintiff (s)

CARLOS LONDRAY CULLENS , R    Raq Horakhty    Khepresh ,

1416 South Bristol Avenue

Tucson Pima County

85713

520    393 9205

42 U.S. Code 3602 :

$ 98 .8 Billion Dollars

Complaint For A Civil Case

I. The parties to this complaint

A.    The plaintiff (s)

CARLOS LONDRAY CULLENS , R    Raq Horakhty    Khepresh ,

1416 South Bristol Avenue

Tucson Pima County

85713

520    393 9205

UNITED STATES DISTRICT COURT

for the

Arizona District of Pima

Civil Division
HATECRIMES

ACT of 2009     18 U.S.C.249

18 U.S.C. 247 , 3631, 241,

Arizona Attorney no Jurisdiction :

CARLOS L CULLENS

V

CITY OF TUCSON

CPS /DES TUCSON

TUCSON MEDICAL CENTER TMC

UNIVERSITY OF ARIZONA

ARIZONA ATTORNEY GENERAL

BLACKLIVES MATTER TUCSON

~     CARLOS L CULLENS ~

1416 s Bristol Avenue

Tucson    Pima

Arizona    85713    # 520 393 9205